Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI OURASANIT,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 19-CV-04595-NC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

    Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: April 2, 2020        BY: _____
                                         UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Nathanael M. Cousins*